# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 01-3026

———————

George Daniel Lamb,            *
                                     *

        Appellant,        *

                                     *   Appeal from the United States
      v.                      *   District Court for the Eastern
                                     *   District of Missouri.

Caremark, Prescription Service;    *
Yvette Saenz; Dina Reynold,      *      [UNPUBLISHED]
                                     *

        Appellees.        *

———————

Submitted:  November 5, 2001
Filed:  November 14, 2001

———————

Before WOLLMAN, Chief Judge, BOWMAN, and LOKEN, Circuit Judges.

———————

PER CURIAM.

George Lamb appeals the District Court's[1] pre-service dismissal of his diversity action against Caremark and two of its employees, in which he alleged that defendants refused to provide him with a brand-name medication and insisted he take the generic equivalent instead, manufacturing a letter in which they claimed to have obtained the approval of Lamb's doctor. After careful review, we conclude that the Court properly dismissed his complaint under 28 U.S.C. § 1915(e)(2)(B)(i).

---

[1]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47A(a).

A true copy.

    Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.